**FILED**

FEB 27 2015

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

JOYCE R. BRANDA
Acting Assistant Attorney General

MELINDA HAAG (CA Bar No. 132612)
United States Attorney
ALEX G. TSE (CA Bar No. 152348)
Chief, Civil Division
KIMBERLY FRIDAY (MA Bar No. 660544)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7102
    Facsimile: (415) 436-6748
    kimberly.friday@usdoj.gov

MICHAEL D. GRANSTON
JAMIE A. YAVELBERG
NATALIE PRIDDY
Attorneys
Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 616-2964

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO HEADQUARTERS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ARMEN PETREHN and STATE OF CALIFORNIA, *et al., ex rel.* ARMEN PETREHN,<br><br>    Plaintiffs,<br><br>v.<br><br>BAXTER INTERNATIONAL INC. and BAXTER HEALTHCARE CORPORATION,<br><br>    Defendants. | Case No. C 14-3882-LB<br><br>**CONSENT TO DISMISSAL**<br>ORDER<br><br>**FILED UNDER SEAL** |

    Pursuant to 31 U.S.C. § 3730(b)(1), the United States consents to the dismissal of this action without prejudice to the United States. The United States has conferred with Justin Eaton,

U.S. CONSENT TO DISMISSAL; [PROPOSED] ORDER, No. C 14-3882-LB

1

Assistant Attorney General for the State of Texas. Mr. Eaton has represented to the United States that the States named as plaintiffs in this *qui tam* suit also consent to dismissal of this action without prejudice.

The United States requests that the Court unseal: (1) Relator's Complaint; (2) the summons, if any; (3) the scheduling order; (4) Relator's Notice of Dismissal; and (5) this Consent to Dismissal and Proposed Order. The United States requests that all other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States for extensions of the sixty-day investigative period, any applications for partial lifting of the seal, and any orders previously entered in this matter) remain under seal and not be made public or served upon defendants.

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

MELINDA HAAG
United States Attorney

Dated: February 25, 2015          By: /s/ Kimberly Friday
                                       KIMBERLY FRIDAY
                                       Assistant United States Attorney

Dated: February 25, 2015          By: /s/ Natalie Priddy
                                       MICHAEL D. GRANSTON
                                       JAMIE A. YAVELBERG
                                       NATALIE PRIDDY
                                       Civil Division, U.S. Department of Justice
                                       Attorneys for the United States of America

# [~~PROPOSED~~] ORDER TO UNSEAL

The United States and the States named as plaintiffs having consented to dismissal of this action without prejudice pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), IT IS HEREBY ORDERED that:

1. The Complaint, the summons, the scheduling order, Relator's Notice of Dismissal, this Order, and the accompanying United States' Consent to Dismissal are hereby unsealed.

2. Any applications and/or declarations that have been filed under seal by the United States for an extension of the sixty-day investigative period or for any other reason shall remain under seal and not be made public or served upon the defendants.

3. The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

IT IS SO ORDERED.

Dated: February 27 2015

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,

        Plaintiff,

v.

BAXTER INTERNATIONAL, INC., ET AL.,

        Defendant.

Case Number: CV14-03882 LB

**CERTIFICATE OF SERVICE UNDER SEAL**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 27, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**(COUNSEL ARE TO SERVE PARTIES NOT LISTED ON THIS CERTIFICATE)**

Kimberly Friday
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

Natalie Priddy
Civil Division
United States Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044

Dated: February 27, 2015

Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk